UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.   21-60083-CR-SINGHAL

UNITED STATES OF AMERICA

vs.

NIKENCY ALEXIS,

      Defendant.
_____/

## GOVERNMENT'S MOTION FOR DOWNWARD DEPARTURE FROM THE DEFENDANT'S ADVISORY GUIDELINES SENTENCE RANGE

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and files this Motion pursuant to USSG § 5K1.1 seeking a downward departure from the Defendant's advisory sentencing guidelines range, and, in support thereof, hereby asserts that the Defendant has provided substantial assistance in the investigation or prosecution of another person who has committed an offense.  Based on the facts and circumstances of this case alone, the Government is recommending a 20% reduction from the low end of the Defendant's sentencing guideline range, which is forty-five (45) months followed by three years of supervised release.

                                      Respectfully submitted,

                                      JUAN ANTONIO GONZALEZ
                                      UNITED STATES ATTORNEY

                    By:  /s/ Deric Zacca
                           DERIC ZACCA
                           Florida Bar No. 151378
                           United States Attorney's Office
                           500 East Broward Boulevard, Ste 700

          Fort Lauderdale, Florida 33394
          954-356-7255 – main office
          954-660-5789 – direct line
          deric.zacca@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 23, 2021, I electronically filed the foregoing with the Clerk of the Court using CM/ECF.

          /s/ Deric Zacca
          DERIC ZACCA
          Assistant United States Attorney